**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 11-60778 |
| Christy L. Lumpkins | : | Chapter 13 |
| Debtor(s) | : | Judge Hoffman |

## WITHDRAWAL OF DEBTOR'S MOTION TO AVOID JUDICIAL LIEN IN FAVOR OF OHIO DEPARTMENT OF TAXATION
### (Doc. No. 48)

The Debtor hereby withdraws the Motion to Avoid Judicial Lien in Favor of Ohio Department of Taxation (Doc. No. 48), filed on May 21, 2012.

    Respectfully submitted,

    /s/ W. Mark Jump
    W. Mark Jump (0062837)
    Katherine B. Brewer (0087822)
    Attorneys for Debtor
    2130 Arlington Ave.
    Columbus, Ohio 43221
    (614) 481-7218 Telephone
    (866) 335-5153 Facsimile
    bankruptcycourt@kjlaws.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | : | Case No. 11-60778 | |
| Christy L. Lumpkins | : | Chapter 13 | |
| Debtor(s) | : | Judge Hoffman | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal was served upon the parties listed below this 6th day of June 2012, electronically or by regular U.S. mail, postage pre-paid.

**SERVED ELECTRONICALLY:**

Office of the United States Trustee

Jeffrey P. Norman, Chapter 13 Standing Trustee

**SERVED VIA REGULAR U.S. MAIL**:

Ohio State Department of Taxation
150 E. Gay Street
21st Floor
Columbus, OH 43215
*Creditor*

Ohio State Department of Taxation
c/o James M. Petro
Roetzel & Andress, LPA
National City Plaza
155 E. Broad Street
12th Floor
Columbus, OH 43215
*Creditor's Attorney*

Ohio State Department of Taxation
c/o Northwest Registered Agent Service, Inc.
Agent #1817431
Cleveland, OH 44113
*Creditor's Registered Agent*